■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROOSEVELT ROSE, Appellant. [37 NYS3d 456]—Appeal by the defendant from a resentence of the Supreme Court, Queens County (Kron, J.), imposed September 17, 2014, upon his convictions of robbery in the second degree and assault in the third degree, upon a jury verdict, after remittitur from this Court for resentencing (*see People v Rose*, 120 AD3d 593 [2014]).

Ordered that the resentence is reversed, on the law, and the matter is remitted to the Supreme Court, Queens County, for resentencing in accordance herewith.

After remittitur from this Court for resentence (*see People v Rose*, 120 AD3d 593 [2014]), the Supreme Court failed to pronounce sentence, in violation of its obligation under CPL 380.20 (*see People v Guerrero*, 12 NY3d 45, 47 [2009]; *People v Bailey*, 132 AD3d 690 [2015]; *People v Guadalupe*, 129 AD3d 989 [2015]). Accordingly, the resentence must be reversed and the matter remitted to the Supreme Court, Queens County, for resentencing on all counts upon which the defendant was convicted. Eng, P.J., Rivera, Dickerson, Hinds-Radix and Maltese, JJ., concur.